IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK S. SOKOLSKY,

        Plaintiff,                    CV F 07 0594 AWI WMW   PC

  vs.                              ORDER FINDING COMPLAINT
                                       STATES A COLORABLE CLAIM
                                       AND DIRECTING PLAINTIFF
                                       TO COMPLETE USM 285 FORMS

W. T. VOSS, et al.,

        Defendants.

      Plaintiff is a civil detaineee proceeding pro se and in forma pauperis in this civil rights action pursuant to The Religious Land Use and Institutionalized Persons Act of 2000, 42 U.S.C. § 2000cc-1. The court has screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A and finds that it appears to state cognizable claims for relief under against defendants Daley, O'Brien, Clark, Maynard, and Rodriguez. Accordingly, it is HEREBY ORDERED that:

      1.     Service is appropriate for the following defendants:

             PATRICK DALEY

             MAE O'BRIEN

             LINDA CLARK

CINDY MAYNARD

BARBARA RODRIGUEZ

2. The Clerk of the Court shall send to plaintiff five USM-285 forms, five summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed April 18, 2007.

3. Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

  a. Completed summons;

  b. One completed USM-285 form for each defendant listed above; and

  c. Six copies of the endorsed complaint filed April 18, 2007.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:   June 30, 2008**              /s/  **William M. Wunderlich**
                                      UNITED STATES MAGISTRATE JUDGE