IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK S. SOKOLSKY,

        Plaintiff,        1: 07 CV 0594  AWI WMW PC

  vs.                  ORDER RE MOTION (DOC 6)

W. T. VOSS, et al.,

        Defendants.

     Plaintiff has filed a motion titled as a motion to correct an earlier order entered on January 3, 2008.  The January 3, 2008, order incorrectly states that Plaintiff is proceeding pursuant to 42 U.S.C. § 1983.  As noted in later orders, Plaintiff is proceeding in a civil action pursuant to 42 U.S.C § 2000cc-1.

     Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion is granted.  This action proceeds pursuant to 42 U.S.C § 2000cc-1.

IT IS SO ORDERED.

**Dated:  July 16, 2008**                /s/  William M. Wunderlich
                                          UNITED STATES MAGISTRATE JUDGE

1