1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE EASTERN DISTRICT OF CALIFORNIA

8

| | | |
|---|---|---|
| Mark S. Sokolsky, | ) | No. 1:07 CV-00594 SMM |
| Plaintiff, | ) ) | **ORDER SETTING RULE 16 SCHEDULING CONFERENCE** |
| vs. | ) ) | |
| W.T. Voss, et al., | ) ) | |
| Defendants. | ) ) | |
| | ) | |

9
10
11
12
13
14
15        Although this action is excepted from the mandatory scheduling order requirement

16  pursuant to Federal Rule of Civil Procedure 16(b) and L.R. 16-240(c)(8),[1] the Court finds it

17  helpful to conduct a status conference for the purpose of entering a scheduling order.

18        Accordingly,

19        **IT IS HEREBY ORDERED** that a telephonic Scheduling Conference is set for

20  **Monday, November 30, 2009 at 1:30 p.m.**  Defense counsel shall initiate a conference call

21  and secure Plaintiff on the line before telephoning Judge McNamee's chambers at (602)

22  322-7555, no later than 1:25 p.m., on November 30, 2009.

23                  **\* \* \* N O T I C E \* \* \***

24
25        **IT IS FURTHER ORDERED:**

26        1.        **DEFENSE COUNSEL WHO WILL BE RESPONSIBLE FOR TRIAL OF**

27
28

---

[1] L.R. refers to the Local Rules of Practice for the United States District Court, Eastern District of California.

1   **THE LAWSUIT FOR EACH PARTY SHALL APPEAR AND**
2   **PARTICIPATE IN THE SCHEDULING CONFERENCE.**   Defense
3   counsel is directed to Rule 16 of the Federal Rules of Civil Procedure for the
4   objectives of the conference.  At least one of the attorneys for each party
5   attending the conference shall have authority to enter into stipulations and
6   make admissions regarding all matters which may be discussed.

7   2.   The parties must be prepared to discuss:  (1) the nature and bases of their
8   claims and defenses and (2) the possibilities for a prompt settlement or
9   resolution of the case.

10   **IT IS FURTHER ORDERED** that in accordance with Federal Rules of Civil
11   Procedure 16(b), 26(a)(1)(B), 26(f), and L.R. 16-240(c)(8), the parties are exempted from
12   providing initial disclosures, conferring before the scheduling conference, and developing
13   a discovery plan.

14   **IT IS FURTHER ORDERED** that counsel for all parties are expected to comply
15   with Rule 26 of the Federal Rules of Civil Procedure and to minimize the expense of
16   discovery.

17   **IT IS FURTHER ORDERED** that the Court, after consultation with counsel and the
18   parties, will enter a Rule 16(b) Scheduling Order concerning, inter alia, discovery and
19   dispositive motions.  The parties and their counsel are all cautioned that the deadlines set in
20   the Rule 16 Scheduling Order shall be strictly enforced.

21   **IT IS FURTHER ORDERED** that this Court views the Scheduling Conference as
22   critical to its case management responsibilities and the responsibilities of the parties under
23   Rule 16 of the Federal Rules of Civil Procedure.  **FAILURE TO COMPLY WITH**
24   **EVERY PROVISION OF THIS ORDER MAY LEAD TO SANCTIONS PURSUANT**
25   **TO FEDERAL RULE OF CIVIL PROCEDURE 16(f).**

26   *///*
27   *///*
28   *///*

1  **IT IS FURTHER ORDERED** that the Clerk of the Court send copies of this Order

2  to all counsel of record and to all parties appearing in propria persona.

3  DATED this 22nd day of October, 2009.

4

5

6  _____

Stephen M. McNamee

7  United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28