IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mark S. Sokolsky,                      ) | No. 1:07-CV-00594-SMM |
|       Plaintiff,            ) | |
|    v.                                      ) | **SCHEDULING ORDER** |
| W.T. Voss, et al.,                     ) | |
|       Defendants.       ) | |

On December 15, 2009, a Preliminary Pretrial Conference was held in open Court. The parties were exempt from filing a Rule 26(f) Case Management Plan prior to the conference. At this juncture, the parties agreed that the disclosures made in support of and opposition to a motion for summary judgment would suffice for purposes of discovery. This Court agrees. Based on the agreement of the parties, the Court establishes the following deadlines.

**IT IS HEREBY ORDERED** that Defendants' motion for summary judgment shall be filed no later than **February 12, 2010**.

**IT IS FURTHER ORDERED** that Plaintiff's response to the motion for summary judgment shall be filed no later than **April 2, 2010**.

**IT IS FURTHER ORDERED** that Defendants' reply to the motion for summary judgment shall be filed no later than **May 14, 2010**.

1 **IT IS FURTHER ORDERED** that the parties shall keep the Court informed
2 regarding the possibility of settlement and should settlement be reached, the parties shall file
3 a Notice of Settlement with the Clerk of the Court.

4 DATED this 15th day of December, 2009.

*[signature]*
Stephen M. McNamee
United States District Judge