IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Mark S. Sokolsky, | ) | No. 1:07-CV-00594-SMM |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| W.T. Voss, et al., | ) | |
| Defendants. | ) | |

Before the Court is Defendants' Request for a One-week Extension to file their motion for summary judgment (Dkt. 39). Defense counsel avows that he has been diligently working on the motion for summary judgment, but needs an extra week to file the motion for several reasons, including a recent illness.

Good cause appearing,

**IT IS HEREBY ORDERED** that Defendants' Request for a One-week Extension to file their motion for summary judgment (Dkt. 39) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants' motion for summary judgment shall be filed no later than **February 19, 2010**.

**IT IS FURTHER ORDERED** that Plaintiff's response to the motion for summary judgment shall be filed no later than **April 9, 2010**.

///

///

///

1     **IT IS FURTHER ORDERED** that Defendants' reply to the motion for summary
2 judgment shall be filed no later than **May 14, 2010**.
3     DATED this 16th day of February, 2010.

                                  /s/ Stephen M. McNamee
                                  Stephen M. McNamee
                                  United States District Judge