IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mark S. Sokolsky,<br><br>      Plaintiff,<br><br>  v.<br><br>W.T. Voss, et al.,<br><br>      Defendants. | No. 1:07-CV-00594-SMM<br><br>**ORDER TO SHOW CAUSE** |

This matter arises upon review of the Court's file. After a scheduling conference, the Court entered a scheduling order permitting Plaintiff to respond to Defendants' motion for summary judgment by April 2, 2010 (Dkts. 37, 38). Plaintiff has not responded, though. Previously, the Court warned Plaintiff that if he failed to contradict Defendants' motion with affidavits, declarations, or other evidence, then Defendants' evidence would be taken as truth, and final judgment may be entered without a full trial (Dkt. 10). If Plaintiff wishes to file a late response, he must show good cause why the late response should be permitted and lodge the response by April 23, 2010. See Fed. R. Civ. P. 16(b)(4).

Additionally, a Court order was recently returned as undeliverable. The Court warned Plaintiff of his affirmative duty to keep the Court and opposing parties apprised of his address by filing notices of change of address (Dkt. 5). If Plaintiff does not update his address by May 18, 2010, then the action may be dismissed for failure to prosecute.

///

///

1  Accordingly,

2  **IT IS HEREBY ORDERED** that Plaintiff must show good cause why he should be
3  permitted to file a late response to Defendants' motion for summary judgment and lodge the
4  response by **April 23, 2010**.

5  **IT IS FURTHER ORDERED** that Plaintiff must update his address by **May 18,**
6  **2010**.

7  DATED this 9th day of April, 2010.

    Stephen M. McNamee
    United States District Judge