1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9  Mark S. Sokolsky,                          )    No. 1:07-CV-00594-SMM
                                              )
10         Plaintiff,                         )    **ORDER**
                                              )
11      v.                                    )
                                              )
12  W.T. Voss, et al.,                        )
                                              )
13         Defendants.                        )
                                              )
14  _____ )

15         After the Court ordered Plaintiff to show cause, defense counsel immediately

16  responded by letter indicating that Plaintiff's response is not yet late (Dkt. 47).  Defense

17  counsel reminds the Court that it extended both the time for Defendants to file their motion

18  for summary judgment and the time for Plaintiff to file his response.  Defendants then filed

19  their motion for summary judgment on February 24, 2010, but Plaintiff was not served until

20  March 19, 2010.  Defendants had sent copies of the motion and related documents to Plaintiff

21  by first class mail, but the mail was returned to sender as "Unclaimed."  Defense counsel

22  contacted the litigation coordinator at Coalinga State Hospital who stated that for some

23  reason, the mail delivery was not made.  Defendants attach proof of service that Plaintiff was

24  then personally served on March 19, 2010.  The Court finds that Plaintiff has not yet delayed

25  in his response.  The Court also finds good cause to extend the time for Plaintiff to file his

26  response due to the deadline confusion and the lack of service of Defendants' motion until

27  March 19, 2010.

28  ///

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's response is now due by **May 7, 2010**.

**IT IS FURTHER ORDERED** that Defendants' reply is now due by **May 25, 2010**.

DATED this 12th day of April, 2010.

Stephen M. McNamee
United States District Judge